```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18952
   MARCUS L FITZGERALD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-5304

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/15/2007 and was confirmed 12/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/21/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    16921.00          708.78          716.87
CAPITAL ONE AUTO FINANCE  UNSECURED         2255.90             .00             .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC    15201.00          636.90          610.51
WELLS FARGO AUTO FINANCE  UNSECURED          404.00             .00             .00
ALLIANCEONE RECEIVABLES   UNSECURED        NOT FILED            .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED            .00             .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO PARKING   NOTICE ONLY      NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         2970.00             .00           19.03
CREDIT PROTECTION         UNSECURED        NOT FILED            .00             .00
NATIONAL PAYMENT CENTER   UNSECURED        18860.50             .00          120.84
DR BOND COLL              UNSECURED        NOT FILED            .00             .00
HARRIS & HARRIS           UNSECURED        NOT FILED            .00             .00
HSBC NV                   UNSECURED        NOT FILED            .00             .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY      NOT FILED            .00             .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY      NOT FILED            .00             .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY      NOT FILED            .00             .00
RICHARD S BASS            DEBTOR ATTY       2,500.00                        2,500.00
TOM VAUGHN                TRUSTEE                                             402.07
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             5,715.00

PRIORITY                                     .00
SECURED                                 1,327.38
   INTEREST                             1,345.68
UNSECURED                                 139.87
ADMINISTRATIVE                          2,500.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18952 MARCUS L FITZGERALD
```

```
TRUSTEE COMPENSATION                                              402.07
DEBTOR REFUND                                                        .00
                                     ----------------    ----------------
TOTALS                                      5,715.00           5,715.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/20/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                            PAGE   2
            CASE NO. 07 B 18952 MARCUS L FITZGERALD